PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00132-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| TRACY VALLEY, | DATE: March 21, 2024 |
| Defendant. | TIME: 2:00 p.m. |

This case is set for a preliminary hearing on March 21, 2024. The parties agree and stipulate to continue the preliminary hearing until June 6, 2024. Defense counsel and the government are finalizing a pre-indictment resolution in this matter.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on March 21, 2024.

2. By this stipulation, defendant now moves to continue the preliminary hearing until **June 6, 2024, at 2:00 p.m.** and to exclude time between March 21, 2024, and June 6, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties are discussing and conducting further investigation into pre-indictment matters, including consideration of pre-indictment resolution, and need additional

time to conclude that process.

      b)     The government represents that discovery consists of reports, and that the government has not yet provided these reports to defense counsel prior to indictment, consisting of crime reports and the defendant's criminal history, but will provide these reports no later than December 4, 2023.

      c)     Counsel for defendant desires additional time to consult with their client, conduct further investigation, and discuss charges with the government.  Defense has continued to investigate various issues related to the facts and a resolution since the last continuance was granted.  Counsel for defendant also requested the government to consider pre-indictment resolution. The government is gathering information necessary to evaluate this request.

      d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The government does not object to the continuance.

      f)     Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause".  Here, the defendant consents and there is good cause as set forth herein.

      g)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

      h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of March 21, 2024 to June 6, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

IT IS SO STIPULATED.

Dated:  March 12, 2024                    PHILLIP A. TALBERT
                                          United States Attorney


                                          /s/ ROBERT L. VENEMAN-HUGHES
                                          ROBERT L. VENEMAN-HUGHES
                                          Assistant United States Attorney


Dated:  March 12, 2024                    /s/ ANDREW ROBERTS
                                          ANDREW ROBERTS
                                          Counsel for Defendant
                                          TRACY VALLEY


# FINDINGS AND ORDER

Having reviewed the parties' stipulation, the Court finds the following:

a) The defendant consents to continuance of the preliminary hearing.

b) Good cause exists to continue the preliminary hearing in order to give counsel time to review discovery, effectively prepare for preliminary hearing, and discuss a pre-indictment resolution with the government.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of March 21, 2024 to June 6, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

      IT IS HEREBY ORDERED that the preliminary hearing scheduled for March 21, 2024 at 2:00 p.m. is continued to June 6, 2024 at 2:00 p.m.  IT IS FURTHER ORDERED that the time between March 21, 2024 and June 6, 2024 is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.  No further continuances of the preliminary hearing will be granted.

IT IS SO ORDERED.

Dated:   **March 13, 2024**

_____
UNITED STATES MAGISTRATE JUDGE