ANDREW S. ROBERTS
5743 CORSA AVE, SUITE 101
Westlake Village, CA 91362
Telephone: (805) 496-7777
Facsimile: (805) 497-2700
Cell: (818) 519-6851]
Email{: asrlaw@aol.com

**FILED**
Jun 06, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>TRACY VALLEY,<br><br>　　　　　　　　Defendant. | CASE NO. 1:23-MJ-00132-SKO<br><br>[**PROPOSED**] ORDER<br><br>DATE: June 6, 2024<br>TIME: 2:00 p.m. |

　　Upon application of the defendant the court finds and orders that:

1. The defendant, TRACY VALLEY, is permitted to leave the district, state and country while on Pre-Trial Release to travel to Turks/Caicos with her family on August 1, 2024 through August 9, 2024.

2. For that purpose only, she is permitted to retrieve her passport from Pre-Trial Services on or after June 6, 2024, and must return it to Pre-Trial Services in the Eastern District of California on or by October 17, 2024.

　　IT IS SO ORDERED on    **Jun 6, 2024**        .

　　　　　　　　　　　　　　　　　　_Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　Hon. Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER　　　　　　　　　　　　　　　1