PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACY VALLEY,<br><br>Defendant. | CASE NO. 1:23-MJ-00132-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 23, 2025<br>TIME: 2:00 p.m. |

This case is set for a preliminary hearing on January 23, 2025. The parties have reached an agreement to resolve this by misdemeanor plea to an information; both plea and information have been filed concurrently with this stipulation and proposed order. The parties are seeking to vacate the preliminary hearing and set the matter for change of plea on the misdemeanor calendar before Judge Boone on February 20, 2025.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on January 23, 2025.

2. An information alleging only misdemeanors as well as an executed change of plea were filed on January 21, 2025.

3. By this stipulation, defendant now moves to set change of plea on until **February 20,**

1  **2025, at 10:00 a.m.** and to exclude time between January 23, 2025, and February 20, 2025.

2      4.    The parties agree and stipulate, and request that the Court find the following:

3          a)    The parties have reached a plea agreement and the next available date for convenience of court and counsel is February 20, 2025.

5          b)    The government does not object to the continuance.

6          c)    Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause". Here, the defendant consents and there is good cause as set forth herein.

10         d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

13         e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of January 23, 2025 to February 20, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

20     5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

23     IT IS SO STIPULATED.

24 Dated: January 21, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  January 21, 2025

/s/ ANDREW ROBERTS
ANDREW ROBERTS
Counsel for Defendant
TRACY VALLEY

## FINDINGS AND ORDER

IT IS HEREBY ORDERED that the preliminary hearing scheduled for January 23, 2025 be vacated and the matter set for change of plea on **February 20, 2025 at 10:00 a.m. before Magistrate Judge Stanley A. Boone**.

IT IS FURTHER ORDERED that the time between January 23, 2025 and February 20, 2025 is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

IT IS SO ORDERED.

Dated:  **January 21, 2025**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3