**ANDREW S. ROBERTS**
30700 Russell Ranch Road, suite 250
Westlake Village, CA 91362
Telephone: (805) 496-7777
Facsimile: (805) 497-2700
Cell: (818) 519-6851]
Email{: asrlaw@aol.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>TRACY VALLEY,<br><br>                    Defendant. | CASE NO. 1:23-MJ-00132-SKO<br><br>**MOTION AND ORDER** |

This case was heard on February 20, 2025 before Magistrate Judge Stanley A. Boone. At that time defendant entered a guilty plea. As part of her sentencing the court Ordered that defendant complete 50 hours of community service at any non-profit organization- subject to the Court's approval. Defendant is desirous of completing the 50 hours of community service at **"Hold Your Horse Rescue"**, 39961 Reed Valley Rd, Aguanga, CA 92536. At this facility she will volunteer feeding, walking, grooming and cleaning the rescue horses. It is a non-profit organization. EIN 83-4112455

Defendant now MOTIONS the COURT for approval of the Court for this facility for her to complete the 50 hours of community service

IT IS SO ORDERED.

Dated:   **March 4, 2025**

STANLEY A. BOONE
United States Magistrate Judge

ORDER                                             1