ANDREW S. ROBERTS
30700 RUSSELL RANCH ROAD, SUITE 250
Westlake Village, CA 91362
Telephone: (805) 496-7777
Facsimile: (805) 497-2700
Cell: (818) 519-6851
Email{: asrlaw@aol.com

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>TRACY VALLEY,<br><br>　　　　　　　　Defendant. | **CASE NO. 1:23-MJ-00132-SKO**<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION**<br><br>. |

　　　PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

　　　**Convicted of:**　　　18 U.S.C. 113(a)(5)- simple assault

　　　**Sentence Date:**　　　February 20, 2025

　　　**Review Hearing Date:** December 11, 2025

　　　**Probation Expires On:** February 20, 2026

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒　　**Obey all federal, state and local laws**; and

☒　　**Monetary Fines & Penalties in Total Amount of:** $10.00 which Total Amount is made up of a Fine: $ 10.00 Special Assessment: $　　Processing Fee: $ Choose an item. Restitution: $

☐　　Payment schedule of $　　per month by the　　of each month.

☒　　**Community Service hours Imposed of:** 50

☐　　**Other Conditions:**

*COMPLIANCE:*

☒　　Defendant has complied with and completed <u>all</u> conditions of probation described-above.

JOINT STATUS REPORT　　　　　　　　　　　　1

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 10.00
☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
                                                                      Amount:

☒ To date, Defendant has performed 50 hours of community service.

☐ Compliance with Other Conditions of Probation:

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Robert Veneman- Hughes

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 12/11/2025 at 10:00 am

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 11/14/2025                               _____*Andrew S. Roberts*_____
                                                                                   DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Defendant's appearance for the Review Hearing be waived. However, the Defendant is hereby ordered to appear at any subsequent hearing if ordered to do so by the Court.

☐ DENIED.

IT IS SO ORDERED.

Dated: **November 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge